458 A.2d 283

Commonwealth v. Devore, Appellant.

Submitted April 27, 1982.   Richard W. Epstein, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

458 A.2d 283

Commonwealth v. DiGiorgio, Appellant.

Argued January 18, 1983.   Steven R. Geroff, for appellant; Ronald D. Castille, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

458 A.2d 283

Commonwealth v. Jones, Appellant.

Submitted April 21, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Appeal quashed.

WIEAND, J., filed a memorandum dissenting statement.

458 A.2d 284

Commonwealth v. Jones, Appellant.

Submitted January 20, 1983. Silvio Fausto Modafferi, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

458 A.2d 284

Commonwealth v. Kremp, Appellant.

Argued January 13, 1983.